LANGWORTHY, Respondent, vs. REISINGER and another, Appellants.

*May 21—June 22, 1946.*

For the appellants there was a brief by *McGowan & Geffs* of Janesville, and oral argument by *Jacob Geffs*.

For the respondent there was a brief by *Arnold, Caskey & Robson* of Beloit, and oral argument by *E. J. Caskey*.

FAIRCHILD, J. This case was tried with, and involved the consideration of questions determined in *Langworthy v.*

*Reisinger, ante,* p. 24, 23 N. W. (2d) 482. The conclusions reached in that case control here.

*By the Court.*—Judgment reversed, and cause remanded with directions to dismiss plaintiff's complaint.